IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Frank Akira Iwama - #045377

                                                 /

No. C 13-80205 WHA

**ORDER OF SUSPENSION**

Because Frank Akira Iwama has failed to respond to the order to show cause, Mr. Iwama's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: December 2, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE